June 27, 1967.

M. P. No. 1810. JOHN MULHEARN, in his Capacity as *President of the Fraternal Order of Police, Warwick Lodge #7, War-*

*wick, Rhode Island, et al. v.* JAMES COUSINEAU, RALPH T. LEWIS, JR. AND CHARLES McGOVERN, in their Capacities as *Members of the Board of Public Safety of the City of Warwick.* Motion for leave to file petition for writ of certiorari denied. *Charles J. Rogers, Jr., John D. Lynch,* for petitioners. *Howard R. Haronian,* City Solicitor, *Gordon C. Mulligan,* Assistant City Solicitor, for respondents.

July 6, 1967.

